UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN SHAW, | No. 2:21-cv-0617 JAM DB PS |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| KAISER PERMANENTE VALLEJO MEDICAL CENTER, | |
| Defendant. | |

     Plaintiff Dan Shaw is proceeding in this action pro se.  This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).  On April 26, 2021, plaintiff's application to proceed in forma pauperis was granted and summons issued. (ECF No. 3.)  The order directed plaintiff to supply the U.S. Marshal with all the information necessary to effect service within sixty days and to file a declaration stating the date on which plaintiff submitted the required documents to the U.S. Marshal within twenty days.  Well over 80 days have passed and the docket reflects no action by plaintiff.

     In this regard, it appears that plaintiff has failed to prosecute this action.  In light of plaintiff's pro se status, and in the interests of justice, the court will provide plaintiff with an opportunity to show good cause for plaintiff's conduct.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff show cause in writing within fourteen days of the date of this order as to why this case should not be dismissed for lack of prosecution[1]; and

2. Plaintiff is cautioned that the failure to timely comply with this order may result in a recommendation that this case be dismissed.

DATED: October 15, 2021                     /s/ DEBORAH BARNES
                                             UNITED STATES MAGISTRATE JUDGE

---

[1] Alternatively, if plaintiff no longer wishes to pursue this civil action, plaintiff may comply with this order by filing a request for voluntary dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.