UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN SHAW,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KAISER PERMANENTE VALLEJO MEDICAL CENTER,<br><br>　　　　　Defendant. | No. 2:21-cv-0617 JAM DB PS<br><br><br>ORDER |

　　　　Plaintiff Dan Shaw is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On April 5, 2022, defendant filed "DEFENDANT'S NOTICE OF PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE." (ECF No. 9.) Attached as an exhibit is a notice of voluntary dismissal apparently signed by plaintiff and dated December 2, 2021. (Id. at 5.) Pursuant to Rule 41 of the Federal Rules of Civil Procedure "the plaintiff may dismiss an action . . . by filing a notice of dismissal[.]" Fed. R. Civ. P. 41(a)(1)(i). Plaintiff, therefore, will be given an opportunity to file the notice of dismissal.

////

////

////

1

1   Accordingly, IT IS HEREBY ORDERED that:
2   1.  Within fourteen days of the date of this order plaintiff file either a notice of voluntary
3   dismissal or a statement reflecting an intention to proceed with the prosecution of this action; and
4   2.  Plaintiff is cautioned that the failure to timely comply with this order may result in a
5   recommendation that this case be dismissed.
6   DATED:  April 19, 2022                          /s/ DEBORAH BARNES
                                                    UNITED STATES MAGISTRATE JUDGE